UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK      ALBANY, NEW YORK

In Re:      Case Number BK-10-12302

MARK C. COSOLO and BRANDEN U. CASOLO,
     Debtor(s).

# DEBTORS' FIRST PROPOSED CHAPTER 13 PLAN

## Payments to the Trustee:

The future earnings of the debtor are submitted to the supervision and control of the Trustee(s) and the debtor shall pay to the Trustee(s) the following sums:

One Hundred Dollars ($100.00) per month until such time as the following event(s) occur:

Sale or liquidation of any parcel or any other liquid asset, to be determined after conferencing with the Chapter 13 Trustee's office that may be used in whole or in part to satisfy the creditors listed herein.
Asset

From payments so received, the Trustee(s) shall make disbursements as follows:

## Administrative Fees:

1. Trustee's Fees;
2. Attorney's Fees (unpaid portion): **$775.00** to be paid through the plan payable to Michael P. Mansion, Esq., The Mansion Law Firm, 1528 Central Avenue, Albany, New York, 12205; and,
3. Filing Fee (unpaid portion): None.

## Priority Claims:

1. One Hundred Percent of all claims listed herein including any domestic support obligation(s).

## Secured Claims:

The Debtors proposes the following:

1. One Hundred Percent of any and all mortgage arrears due and owing to CitiFinancial on the Debtors' primary residence, 4 Hickory Ridge, Voorheesville, New York 12186. Debtors must await a determination of the arrears as they were unsuccessful in a mortgage modification arrangement with the mortgagee bank.
2. Ford Motor Credit auto loan outside this plan (Debtors are current).

## Unsecured Claims:

The Debtors propose the following:

No less than Twenty percent (20.00%) to all unsecured creditors listed in this proposed plan.

## Wage Deduction:

The Debtor does not wish to have a Wage Deduction Order put in place. Rather, he shall make all monthly payments to the Chapter 13 Trustee directly.

Dated: July 2, 2010

/s/ Mark C. Casolo                              /s/ Branden U. Casolo

Mark C. Casolo                                  Branden U. Casolo


Respectfully Submitted:



Michael P. Mansion, Esq.
Bar Roll No.: 507274
The Mansion Law Firm
1528 Central Avenue
Albany, New York 12205
Mansion99@aol.com
mansionlawfirm@verizon.net
Telephone Number: (518) 464-1077
Fax Number; (518) 464-0280