# LAW OFFICES OF WILLIAM M. McCARTHY

ATTORNEYS AND COUNSELORS AT LAW
60 SOUTH SWAN STREET
ALBANY, NY 12210
TELEPHONE (518) 434-6141
FACSIMILE (518) 434-6140
Email: william.mccarthy@7trustee.net

December 10, 2010

U.S. Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 327
Albany, NY 12207

Attention: Honorable Robert E. Littlefield, Jr.

RE: Bankruptcy Estate of **Mark C. Casolo**
Case No. **10-12302** - Chapter 7

Dear Judge Littlefield:

After discussions with the U.S. Trustee's Office, we hereby withdraw our motion pursuant to 11 USC §327 which is returnable on December 15, 2010.

Thank you for your consideration.

Very truly yours,

/s/ William M. McCarthy
William M. McCarthy

WMM/dvo
cc: Kevin Purcell, Esq.
    Peter A. Pastore, Esq.
    Michael P. Mansion, Esq.