*ocdsmATr*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Mark C Casolo<br><br>xxx–xx–4961<br>112 Wolf Road<br>Albany, NY 12205 | )<br>)<br>)<br>)Case Number: 10–12302–1–rel<br>)<br>)<br>)Chapter: 7 |

## ORDER CLOSING DISMISSED CASE AND DISCHARGING TRUSTEE

The above named case having been dismissed by Order dated 3/29/11 , it is

ORDERED that William M. McCarthy is discharged as trustee of the estate of the above−named debtor(s) and that the case be and hereby is closed.

Albany, NY
DATED: 6/24/11

*BY THE COURT*

HON. ROBERT E. LITTLEFIELD, JR.
Chief U.S. Bankruptcy Judge